DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE MCCRAE and THE LAW OF DAVID SAMPSON, LLC., | Case No.: 2:13-cv-00858-JAD-PAL |
| Plaintiffs, | |
| v. | **O R D E R** |
| SILMO MANAGEMENT CORPORATION, NEVADA SPINE CLINIC, NEVADA MEDICAID, LAS VEGAS PHARMACY, SMOKE RANCH SURGERY CENTER, MEDICARE, STEVE CARUSO, ESQ., NEVADA IMAGING, LIBERTY MUTUAL DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

**AMENDED STIPULATION AND ORDER FOR REMAND**

IT IS HEREBY STIPULATED AND ORDERED between the Plaintiffs, the answering Defendants, and their respective counsel of record, that the above captioned action be remanded to the Eighth Judicial District Court, State of Nevada;

IT IS FURTHER STIPULATED AND ORDERED that, upon remand, the parties shall enter into a separate stipulation before the Eighth Judicial District Court, State of Nevada, seeking an order disbursing the settlement funds (which total $15,000.00), held by the Clerk of Court, Eighth Judicial

District Court, in compromise of the allegations of the Amended Complaint in Interpleader as follows:

1) THE LAW OFFICE OF DAVID SAMPSON, LLC., receiving $3,742.16 ($3,000.00 in fees and $742.16 in costs) in satisfaction of the attorney lien; and

2) STEPHEN M. CARUSO, ESQ., receiving $3,742.16 ($3,000.00 in fees and $742.16 in costs) in satisfaction of the attorney lien; and

2) $7,515.68, the balance of the funds, be paid to Medicare.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2. 2013

Submitted By:

*/s/*
David Sampson, Esq.
Law Offices of David Sampson
200 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorney for Plaintiffs*

*/s/ Troy K. Flake*
Troy K. Flake
Assistant United States Attorney
333 Las Vegas Blvd., So., #5000
Las Vegas, Nevada  89101
*Attorney for Defendant Kathleen Sebelius, Secretary of the United States Department of Health and Human Services*

*/s/*
Stephen Caruso, Esq.
201 Las Vegas Blvd. So., #300
Las Vegas, Nevada 89101
*Attorney for Defendant Stephen M. Caruso*

1     */s/*
   Rene L. Hulse
2     Office of the Attorney General
   555 E.Washington Ave.
3     Suite 3900
   Las Vegas, Nevada 89101
4     *Attorneys for State of Nevada*

5     */s/*
   David Schwartz, Esq.
6     Marla Frederick, Esq.
   Lewis Brisbois Bisgaard & Smith LLP
7     2300 West Sahara Avenue
   Suite 300
8     Las Vegas, NV 89102
   *Attorney for Defendant Liberty Mutual*